IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

CIVIL ACTION FILE NO.: 5:21-cv-00335-D

| | |
|---|---|
| CIT BANK, N.A., a National Banking Association, | )<br>)<br>) |
| Plaintiff | )<br>) **CONSENT JUDGMENT** |
| v. | )<br>) |
| WIRELESS SYSTEMS SOLUTIONS LLC, | )<br>) |
| Defendant | ) |

This matter is before the Court on the Joint Motion for Entry of Consent Judgment filed by Plaintiff CIT Bank ("Plaintiff"), a division of First-Citizens Bank & Trust Company (successor by merger to named Plaintiff CIT Bank, N.A.) and Defendant Wireless Systems Solutions LLC ("Defendant") under Rule 54 of the Federal Rules of Civil Procedure. For the reasons given below, the Court grants the Motion.

1. On August 17, 2021 Plaintiff filed its Verified Complaint in this civil action against Defendant ("Complaint"). In its Complaint, Plaintiff sought a monetary judgment against Defendant for amounts owing from Defendant to Plaintiff pursuant to two secured financing transactions.

2. Defendant filed its Answer to the Complaint on September 28, 2021.

3. On January 28, 2022, Plaintiff and Defendant filed a Joint Motion for Entry of Consent Judgment. In their Joint Motion, Plaintiff and Defendant represent that they have settled their dispute and seek entry of a Judgment on the terms outlined below.

4. The Parties waive further findings of fact, pursuant to Federal Rule of Civil Procedure 52.

NOW THEREFORE, having considered the Complaint and the agreements of the parties set forth in the Joint Motion for Entry of Consent Judgment, IT IS ORDERED and ADJUDGED that:

1. Judgment is hereby entered against Defendant in the amount of $1,445,852.29, plus post-judgment interest accruing at the legal rate from and after the date judgment is entered, plus the costs of this action.

2. This Judgment and Order is entered under Rule 54. It acts as a final judgment as to Plaintiff's claims for relief against Defendant in this matter.

SO ORDERED, this the **28** day of ~~February~~ January, 2022.

James C. Dever, III
United States District Court Judge

2